IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY D. GINYARD                                                                                    PLAINTIFF

v.                                         Case No. 1:24-cv-1004

WEST FRASER, INC.                                                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Dismiss.  ECF No. 10.  Plaintiff states he has reached a settlement with Defendant and that all issues in this matter are resolved.  Plaintiff requests that this matter be dismissed with prejudice, with each party bearing their own costs.

Defendant did not sign onto Plaintiff's motion.  Thus, the Court must consider the motion pursuant to Federal Rule of Civil Procedure 41(a)(2) instead of Rule 41(a)(1)(A)(ii).  Rule 41(a)(2) states that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Defendant has not responded in opposition to Plaintiff's motion, and the time to do so has passed.[1]  See Local Rule 7.2(b).  Moreover, Defendant has not submitted to the Court any objection to Plaintiff's assertion of a settlement.

Accordingly, the Court finds that Plaintiff's Motion to Dismiss (ECF No. 10) should be and is hereby **GRANTED**.  This matter is hereby **DISMISSED WITH PREJUDICE**, with each side bearing their own costs.

**IT IS SO ORDERED**, this 29th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff filed the instant motion on July 9, 2024.  The fourteen (14) day period to respond under Local Rule 7.2(b) expired on July 23, 2024.